# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NANCY PARDO**, <br><br>　　　　　　Plaintiff, <br><br>　vs. <br><br> **FINANCIAL CREDIT NETWORK, INC.**, <br><br>　　　　　　Defendant. | Case no. 2:14-cv-09295-CAS-E <br><br> [~~PROPOSED~~] **ORDER RE: STIPULATION RE: DISMISSAL OF ENTIRE ACTION AND ALL PARTIES WITH PREJUDICE, PURSUANT TO FRCP 41(a)(1)** |

The Court has reviewed the Stipulation of Plaintiff NANCY PARDO and Defendant FINANCIAL CREDIT NETWORK, INC. to dismiss with prejudice the above-entitled action, in its entirety. Pursuant to the Joint Stipulation between parties, the Court orders as follows:

\\\

\\\

\\\

{Pardo-FCN - [Proposed] Order re Dismissal;1}

1

1
2
3

    That the above-entitled lawsuit is hereby dismissed, with prejudice, pursuant to FRCP 41(a)(1)(A)(ii). Each Party shall bear its own costs and expenses.

**IT IS SO ORDERED**

DATED: April 17, 2015

*Christina A. Snyder*

UNITED STATES DISTRICT JUDGE